# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re: THE DOCUMENT COMPANY INC § Case No. 17-30251-MD
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $27,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $772,935.17 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $357,054.83 | |

3) Total gross receipts of $ 1,129,990.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,129,990.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $316,885.00 | $112,297.07 | $112,297.07 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 384,378.07 | 357,054.83 | 357,054.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 246,196.39 | 248,824.78 | 248,824.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 662,814.96 | 868,072.01 | 411,813.32 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,610,274.42 | $1,586,248.69 | $1,129,990.00 |

4) This case was originally filed under Chapter 7 on March 20, 2017. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2020            By: /s/Janina M. Hoskins
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE/FRAUDULENT CONVEYANCE LIT | 1241-000 | 1,129,990.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,129,990.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S-1 | Internal Revenue Service | 4300-000 | N/A | 316,885.00 | 112,297.07 | 112,297.07 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$316,885.00** | **$112,297.07** | **$112,297.07** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Janina M. Hoskins | 2100-000 | N/A | 57,149.70 | 57,149.70 | 57,149.70 |
| Trustee Expenses - Janina M. Hoskins | 2200-000 | N/A | 449.50 | 449.50 | 449.50 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 3,150.00 | 3,150.00 | 3,150.00 |
| Other - Franchise Tax Board | 2820-000 | N/A | 800.00 | 1,700.00 | 1,700.00 |
| Other - MACCONAGHY & BARNIER, PLC | 3210-000 | N/A | 198,172.50 | 198,172.50 | 198,172.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - MACCONAGHY & BARNIER, PLC | 3220-000 | N/A | 9,461.79 | 9,461.79 | 9,461.79 |
| Other - BACHEKI, CROM & CO., CPA'S | 3410-000 | N/A | 84,540.00 | 84,540.00 | 84,540.00 |
| Other - BACHEKI, CROM & CO., CPA'S | 3420-000 | N/A | 136.55 | 136.55 | 136.55 |
| Other - Franchise Tax Board | 2820-000 | N/A | 926.63 | 97.35 | 97.35 |
| Other - PS Business Park, LP | 2410-000 | N/A | 29,043.72 | 1,649.76 | 1,649.76 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 382.63 | 382.63 | 382.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.05 | 165.05 | 165.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $384,378.07 | $357,054.83 | $357,054.83 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P-1 | State Board of Equalization | 5800-000 | N/A | 51,372.70 | 51,272.70 | 51,272.70 |
| 3P-1 | FRANCHISE TAX BOARD | 5800-000 | N/A | 6,922.38 | 9,650.77 | 9,650.77 |
| 6P-1 | Internal Revenue Service | 5800-000 | N/A | 187,901.31 | 187,901.31 | 187,901.31 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $246,196.39 | $248,824.78 | $248,824.78 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | Synnex Corporation | 7100-000 | N/A | 23,299.00 | 23,299.00 | 23,299.00 |
| 2U-1 | State Board of Equalization | 7100-000 | N/A | 5,912.13 | 880.53 | 880.53 |
| 2U-1 | State Board of Equalization | 7300-000 | N/A | 5,912.13 | 5,031.60 | 1,128.03 |
| 3U-1 | FRANCHISE TAX BOARD | 7300-000 | N/A | 651.34 | 798.54 | 179.02 |
| 4 -1 | Pitney Bowes Inc | 7100-000 | N/A | 5,668.36 | 5,668.36 | 5,668.36 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 5 -1 Toner Worldwide Corporation | 7100-000 | N/A | 41,815.59 | 41,815.59 | 41,815.59 |
| 6U-1 Internal Revenue Service | 7300-000 | N/A | 369,608.86 | 582,274.60 | 130,539.00 |
| 7 -1 AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, | 7100-000 | N/A | 122,807.23 | 122,807.23 | 122,807.23 |
| 8 -1 Dell Financial Services, LLC | 7100-000 | N/A | 5,987.40 | 5,987.40 | 5,987.40 |
| 9 -1 PS Business Park, LP | 7100-000 | N/A | 29,043.72 | 27,399.96 | 27,399.96 |
| 10 -1 Office Team | 7100-000 | N/A | 6,919.20 | 6,919.20 | 6,919.20 |
| 11 -1 WBT, LLC | 7200-000 | N/A | 45,190.00 | 45,190.00 | 45,190.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $662,814.96 | $868,072.01 | $411,813.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30251-MD  **Trustee:** (007880) Janina M. Hoskins
**Case Name:** THE DOCUMENT COMPANY INC  **Filed (f) or Converted (c):** 03/20/17 (f)
  **§341(a) Meeting Date:** 04/26/17
**Period Ending:** 03/26/20  **Claims Bar Date:** 09/10/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking Account at Chase Bank Account, xxxxxx53  Imported from original petition Doc# 1 (See Footnote) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 2  A/R 90 days old or less. Face amount = $20,000.0  Imported from original petition Doc# 1 (See Footnote) | 20,000.00 | 2,000.00 | | 0.00 | FA |
| 3  Claim against Xerox of $190,000 Xerox has right  Imported from original petition Doc# 1 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 4  Client List.  Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5  PREFERENCE/FRAUDULENT CONVEYANCE LIT (u)  AP 17-03059: Demand amount listed as value | 0.00 | 4,590,581.00 | | 1,129,990.00 | FA |
| 6  PREFERENCE/FRAUDULENT CONVEYANCE LIT (u)  AP 18-03028 | 0.00 | 372,450.00 | | 0.00 | FA |
| 7  Account Receivables beyond 90 days (u) | 0.00 | 40,000.00 | | 0.00 | FA |
| 8  PREFERENCE/FRAUDULENT CONVEYANCE LIT (u)  AP no, 18-03033 | 0.00 | 207,422.00 | | 0.00 | FA |
| 9  PREFERENCE/FRAUDULENT CONVEYANCE LIT (u)  AP 18-03037 Hoskins v. Northwestern Mutual Life Ins. | 0.00 | 143,994.27 | | 0.00 | FA |
| 10  PREFERENCE/FRAUDULENT CONVEYANCE LIT (u)  Ap 18-03039 Hoskins v. Capital One Bank | 0.00 | 34,336.30 | | 0.00 | FA |
| 11  PREFERENCE/FRAUDULENT CONVEYANCE LIT (u)  AP 18-03040 Hoskins v. Trustees of the Phillips Academy | 0.00 | 30,213.00 | | 0.00 | FA |
| 12  PREFERENCE/FRAUDULENT CONVEYANCE LIT (u) | 0.00 | 62,522.66 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30251-MD  **Trustee:** (007880) Janina M. Hoskins
**Case Name:** THE DOCUMENT COMPANY INC  **Filed (f) or Converted (c):** 03/20/17 (f)
  **§341(a) Meeting Date:** 04/26/17
**Period Ending:** 03/26/20  **Claims Bar Date:** 09/10/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
|  AP 18-03043 Hoskins v. USC | | | | | |
| 13  PREFERENCE/FRAUDULENT CONVEYANCE LIT (u) | 0.00 | 17,635.14 | | 0.00 | FA |
|     Ap 18-03044 Hoskins v. Wells Fargo Bank | | | | | |
| 14  PREFERENCE/FRAUDULENT CONVEYANCE LIT  AP 18-03055- Hoskins v. Community First C. U. | 0.00 | 24,373.79 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$27,000.00** | **$5,532,528.16** | | **$1,129,990.00** | **$0.00** |

RE PROP# 1   negative balance on petition date
RE PROP# 2   age and doubt as to collectibility
RE PROP# 3   offset claims- no value to estate

**Major Activities Affecting Case Closing:**

3/22/17-jmh case review

4/4/17- review UCC and Financing Statement reports, follow up re abandonment, relief from stay to landlord

4/6/17- inspect business premises, confirm abandonment of all assets

6/12/17- f.u with accountant re document status, submit claims bar date request

9/7/17- confirm filing of AP against Insiders (17-03059) enter asset on Form 1

10/5/17- review and confirm claims

10/31/17- review status conference re AP, answer

12/15/17- year end review

1/29/18- confirm with counsel status re deposition and document production. potential preferences

3/26/18-conference with counsel re litigation against Amex and agreement re pre judgment lien to protect estate

4/26/18- confirm course of action re additional fraudulent transfer actions

5/21/18- review and approve draft AmEx Complaint, f.u re receivables and potential action-- need for additional docs

6/25/18- update Form 1 - add AP 18-03033

9/4/18- review and approve AP against Community First

10/1/18 attend mediation

11/21/18- confirm wire into account from Smith Family Trust

12/29/18- year end review

1/14/19-cut tax checks to per Court order, task fu and closing

4/15/19- TFR done

4/2/18- AP litigation pending against insiders 17-03059, anticipate further fraudulent conveyance actions
4/15/19- TFR submitted

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-30251-MD | **Trustee:** (007880) Janina M. Hoskins |
| **Case Name:** THE DOCUMENT COMPANY INC | **Filed (f) or Converted (c):** 03/20/17 (f) |
| | **§341(a) Meeting Date:** 04/26/17 |
| **Period Ending:** 03/26/20 | **Claims Bar Date:** 09/10/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2019    **Current Projected Date Of Final Report (TFR):** April 15, 2019 (Actual)

Case: 17-30251   Doc# 87   Filed: 03/31/20   Entered: 03/31/20 09:55:58   Page 8 of 11

Printed: 03/26/2020 04:46 PM    V.14.66

Exhibit 9
Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30251-MD  
**Case Name:** THE DOCUMENT COMPANY INC  
**Taxpayer ID #:** **-***8826  
**Period Ending:** 03/26/20  

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** Mechanics Bank  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/18 | {5} | Smith Family Trust- Margaret Smith | Settlement payment re AP | 1241-000 | 439,100.56 | | 439,100.56 |
| 11/26/18 | {5} | MacConaghy & Barnier Trust Account | turnover of proceeds from sale of residence subject to attachment lien re AP against Smith and Wells held in attorney client trust account per stipulation | 1241-000 | 690,889.44 | | 1,129,990.00 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.05 | 1,129,824.95 |
| 12/20/18 | 101 | Clerk of the Court | Deferred fees AP nos. 18-3028, 18-3023, 18-3039, 18-3040, 18-3037, 18-3043, 18-3044, 18-3059 | 2700-000 | | 2,800.00 | 1,127,024.95 |
| 01/14/19 | 102 | Clerk of the Court | AP deferred fee re 18-3055 Hoskins v. Community First CU | 2700-000 | | 350.00 | 1,126,674.95 |
| 01/14/19 | 103 | Internal Revenue Service | Priority tax claim - paid in full- Claim no. 6 | 5800-000 | | 187,901.31 | 938,773.64 |
| 01/14/19 | 104 | Internal Revenue Service | Secured IRS payment with interest - Dockt no. 75 | 4300-000 | | 112,297.07 | 826,476.57 |
| 01/14/19 | 105 | State Board of Equalization | Priority claim paid in full- Claim no. 2- dkct. 75 | 5800-000 | | 51,272.70 | 775,203.87 |
| 01/14/19 | 106 | FRANCHISE TAX BOARD | Claim no. 3- pririty claim paid in full - dckt. 75 | 5800-000 | | 9,650.77 | 765,553.10 |
| 01/14/19 | 107 | Franchise Tax Board | 2018 and 2019 Admin claims- paid in full-d ckt. 75 | 2820-000 | | 1,700.00 | 763,853.10 |
| 01/15/19 | 108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #17-30251, 2019 Blanket Bond payment - Admin: Bond 016048574 | 2300-000 | | 382.63 | 763,470.47 |
| 07/18/19 | 109 | Janina M. Hoskins | Dividend paid 100.00% on $57,149.70, Trustee Compensation; Reference: | 2100-000 | | 57,149.70 | 706,320.77 |
| 07/18/19 | 110 | MACCONAGHY & BARNIER, PLC | Dividend paid 100.00% on $198,172.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 198,172.50 | 508,148.27 |
| 07/18/19 | 111 | MACCONAGHY & BARNIER, PLC | Dividend paid 100.00% on $9,461.79, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 9,461.79 | 498,686.48 |
| 07/18/19 | 112 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $84,540.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 84,540.00 | 414,146.48 |
| 07/18/19 | 113 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $136.55, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 136.55 | 414,009.93 |
| 07/18/19 | 114 | Janina M. Hoskins | Dividend paid 100.00% on $449.50, Trustee Expenses; Reference: | 2200-000 | | 449.50 | 413,560.43 |
| 07/18/19 | 115 | Franchise Tax Board | Dividend paid 100.00% on $97.35, Other State or Local Taxes (post-petition, incl. post-petition | 2820-000 | | 97.35 | 413,463.08 |

Subtotals: $1,129,990.00   $716,526.92

{} Asset reference(s)

Case: 17-30251   Doc# 87   Filed: 03/31/20   Entered: 03/31/20 09:55:58   Page 9 of 11
Printed: 03/26/2020 01:48 PM   V.14.66

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30251-MD  
**Case Name:** THE DOCUMENT COMPANY INC  

**Taxpayer ID #:** **-***8826  
**Period Ending:** 03/26/20  

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** Mechanics Bank  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $67,398,068.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | real est. taxes); Reference: | | | | |
| 07/18/19 | 116 | PS Business Park, LP | Dividend paid 100.00% on $1,649.76, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 1,649.76 | 411,813.32 |
| 07/18/19 | 117 | Synnex Corporation | Payment on claim filed - paid per Trustee's Final Account and Report | 7100-000 | | 23,299.00 | 388,514.32 |
| 07/18/19 | 118 | State Board of Equalization | Payment on claim filed - paid per Trustee's Final Account and Report | 7100-000 | | 880.53 | 387,633.79 |
| 07/18/19 | 119 | Pitney Bowes Inc | Payment on claim filed - paid per Trustee's Final Account and Report | 7100-000 | | 5,668.36 | 381,965.43 |
| 07/18/19 | 120 | Toner Worldwide Corporation | Payment on claim filed - paid per Trustee's Final Account and Report | 7100-000 | | 41,815.59 | 340,149.84 |
| 07/18/19 | 121 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, | Payment on claim filed - paid per Trustee's Final Account and Report | 7100-000 | | 122,807.23 | 217,342.61 |
| 07/18/19 | 122 | Dell Financial Services, LLC | Payment on claim filed - paid per Trustee's Final Account and Report | 7100-000 | | 5,987.40 | 211,355.21 |
| 07/18/19 | 123 | PS Business Park, LP | Payment on claim filed - paid per Trustee's Final Account and Report | 7100-000 | | 27,399.96 | 183,955.25 |
| 07/18/19 | 124 | Office Team | Payment on claim filed - paid per Trustee's Final Account and Report Stopped on 10/21/19 | 7100-000 | | 6,919.20 | 177,036.05 |
| 07/18/19 | 125 | WBT, LLC | Payment on claim filed - paid per Trustee's Final Account and Report | 7200-000 | | 45,190.00 | 131,846.05 |
| 07/18/19 | 126 | State Board of Equalization | Payment on claim filed - paid per Trustee's Final Account and Report | 7300-000 | | 1,128.03 | 130,718.02 |
| 07/18/19 | 127 | FRANCHISE TAX BOARD | Payment on claim filed - paid per Trustee's Final Account and Report | 7300-000 | | 179.02 | 130,539.00 |
| 07/18/19 | 128 | Internal Revenue Service | Payment on claim filed - paid per Trustee's Final Account and Report | 7300-000 | | 130,539.00 | 0.00 |
| 10/21/19 | 124 | Office Team | Payment on claim filed - paid per Trustee's Final Account and Report Stopped: check issued on 07/18/19 | 7100-000 | | -6,919.20 | 6,919.20 |
| 12/27/19 | 129 | Office Team | payment re claim no. 10 Stopped on 01/27/20 | 7100-000 | | 691.20 | 6,228.00 |
| 01/27/20 | 129 | Office Team | payment re claim no. 10 Stopped: check issued on 12/27/19 | 7100-000 | | -691.20 | 6,919.20 |
| 01/27/20 | 130 | Office Team | Final payment re claim no. 10. | 7100-000 | | 6,919.20 | 0.00 |

Subtotals :  $0.00   $413,463.08

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-30251-MD | **Trustee:** Janina M. Hoskins (007880) |
| **Case Name:** THE DOCUMENT COMPANY INC | **Bank Name:** Mechanics Bank |
| | **Account:** ******5966 - Checking Account |
| **Taxpayer ID #:** **-***8826 | **Blanket Bond:** $67,398,068.00 (per case limit) |
| **Period Ending:** 03/26/20 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 1,129,990.00 | 1,129,990.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,129,990.00 | 1,129,990.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,129,990.00** | **$1,129,990.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5966** | 1,129,990.00 | 1,129,990.00 | 0.00 |
| | $1,129,990.00 | $1,129,990.00 | $0.00 |